UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.E.O.C.,

        Plaintiff,

                              Case No. 05-71270

vs.

                              HON. GEORGE CARAM STEEH

BAKER'S KEYBOARD LOUNGE,

        Defendant.
_____/

## STATUS CONFERENCE ORDER

At a status conference held this date, the parties agreed and the court therefore orders, that defendant furnish the following discovery as soon as possible:

1. List of employees of the business Baker's Keyboard Lounge who were employed there during the March 2003 period and furnish last known addresses, if available, for those employees who have since terminated employment.

2. Copies of 2003-04 tax returns for the business.

It is further ordered that upon request by either party the discovery cut-off date will be extended to December 1, 2005. If no request is made, the November cut-off date remains.

        IT IS SO ORDERED.

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 7, 2005, by electronic and/or ordinary mail.

                                        s/Josephine Chaffee
                                        Secretary/Deputy Clerk