UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,                                     Case No.  05-71270
                                               Honorable David M. Lawson

BAKER'S KEYBOARD LOUNGE,

      Defendant.
_____/

## JOINT STIPULATED ORDER OF DISMISSAL

Plaintiff, Equal Employment Opportunity Commission, and Defendant, Baker's Keyboard Lounge, hereby enter a joint stipulated order to dismiss the above-captioned action with prejudice.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and that each party will bear its own attorney fees and costs.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: May 21, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 21, 2007.

                              s/Felicia M. Moses
                              FELICIA M. MOSES

BY THE PARTIES:

/s/ Dale Price                                                  /s/ John Colbert (by DP w/Permission)
Dale Price                                                      John Colbert
Attorney for EEOC                                               *Pro Se*
477 Michigan Ave.
Room 865
Detroit, MI 48826
(313) 226-7808/6584 (fax)
dale.price@eeoc.gov